PER CURIAM.
Affirmed. Sireci v. State, 399 So.2d 964, 969 (Fla.1981), cert. denied, 456 U.S. 984, 102 S.Ct. 2257, 72 L.Ed.2d 862 (1982); State v. White, 324 So.2d 630 (Fla.1975); Bernhardt v. State, 288 So.2d 490 (Fla.1974); Hannah v. State, 432 So.2d 631 (Fla.3d DCA 1983); Bailey v. State, 411 So.2d 1377 (Fla. 4th DCA 1982); McClain v. State, 383 So.2d 1146 (Fla. 4th DCA), pet. for review denied, 392 So.2d 1376 (Fla.1980); Austin v. State, 336 So.2d 480 (Fla.3d DCA 1976).